# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SPRINT NEXTEL CORPORATION and SPRINT COMMUNICATIONS COMPANY, L.P., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| JAMIE D. YOAK, | ) ) |
| Defendant. | ) ) ) |

CASE NO.: 4:13-CV-01292-AGF

## SPRINT'S EMERGENCY MOTION TO INITIATE CRIMINAL CONTEMPT PROCEEDINGS AGAINST DEFENDANT JAMIE YOAK

Defendant Jamie D. Yoak has begun a new campaign of blatantly and repeatedly violating the Permanent Injunction issued by this Court [DE 19]. Sprint has obtained evidence, including voice recordings, of at least twenty-seven (27) fraudulent calls made by Yoak to Sprint's Customer Care Department during the first week of August, 2015. Sprint's investigation is ongoing, and it expects to uncover evidence of additional violations by Yoak.

As the Court is aware, Yoak has a long history of engaging in fraudulent activity directed at wireless telecommunications companies and their customers. Despite entry of a permanent injunction prohibiting Yoak's fraudulent conduct against Sprint, the entry of a judgment against Yoak for more than $600,000, and six days of evidentiary hearings by the Court during which previous violations by Yoak were addressed, she continues to flaunt the Court's orders and harm Sprint and its customers.

Because Yoak has demonstrated that nothing short of criminal prosecution and incarceration will deter her from continuing to engage in misconduct, Sprint respectfully requests that the Court

commence criminal contempt proceedings against Yoak.  Because of the immediate and ongoing nature of the harm Yoak's latest barrage of fraudulent conduct is causing to Sprint, its customers, and other individuals, Sprint is requesting relief on an emergency basis.

Pursuant to Federal Rule of Criminal Procedure 42(a) and 18 U.S.C. § 401, Plaintiffs Sprint Nextel Corporation and Sprint Communications Company, L.P. ("Sprint") respectfully request that the Court issue an order to show cause or an arrest warrant commanding Yoak to appear for a criminal contempt trial, and refer the matter to an attorney for the government or another attorney for prosecution.

Dated: August 13, 2015.

Respectfully submitted,

*/s/ James B. Baldinger*
Louis F. Bonacorsi, #28331 MO
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
(314) 259-2000
(314) 259-2020 (facsimile)
Email: lfbonacorsi@bryancave.com

James B. Baldinger
Fla. Bar No. 869899 (admitted *pro hac vice*)
Stacey K. Sutton
Fla. Bar No. 289530 (admitted *pro hac vice*)
Amanda R. Jesteadt
Fla. Bar No. 073149 *(*admitted *pro hac vice)*
CARLTON FIELDS JORDEN BURT, P.A.
CityPlace Tower
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, FL 33401
(561) 659-7070
(561) 659-7368 (facsimile)
Email: jbaldinger@CFJBLaw.com
         ssutton@CFJBLaw.com
         ajesteadt@CFJBLaw.com
*Attorneys for Sprint Nextel Corporation and Sprint Communications Company, L.P.*

101862339.2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.  I also certify that the foregoing document is being served this day on Defendant Jamie D. Yoak by e-mail to jamieyoak2@gmail.com and by U.S. Mail and FedEx to 3408 Sun Bear Court, Wentzville, MO 63385.

CARLTON FIELDS JORDEN BURT, P.A.


 /s/James B. Baldinger
James B. Baldinger
*Attorney for Plaintiffs*